UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHASTA PRINCE | ) | CASE NO. 1:23-cv-1544 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | |
| JOY'S PLACE, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

So Ordered.
/s/ Patricia A. Gaughan
10/3/23

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ITS CLAIM AGAINST DEFENDANTS**

Now comes Plaintiff, by and through counsel, pursuant to FRCP 41(A)(1)(a)(ii) and hereby gives notice to the Court of the voluntary dismissal, with prejudice, of its claims against Defendants Joy's Place, Inc. and Joy Black (collectively, "Defendants") pursuant to a settlement between the parties. The parties are each to bear their own costs and attorney fees. This dismissal terminates the above captioned litigation. The dismissal notice has been seen and approved by Defendants.

Respectfully submitted,

 /s/ *Robert B. Kapitan*
Robert B. Kapitan (0074327)
Anthony J. Lazzaro (0077962)
The Lazzaro Law Firm, LLC
The Heritage Building, Suite 250
34555 Chagrin Boulevard
Moreland Hills, Ohio 44022
Phone: 216-696-5000
Facsimile: 216-696-7005
robert@lazzarolawfirm.com
anthony@lazzarolawfirm.com
lori@lazzarolawfirm.com